IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GOODYEAR TIRE AND RUBBER ) | CASE NO:  4:02cv3112 |
| Plaintiff, ) | |
| ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs. ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| ) | DESTROYED |
| CHADRON TIRE SERVICES, et al. ) | |
| Defendants. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff, Goodyear Tire and Rubber Company, shall either 1) withdraw the following sealed exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

   Sealed Exhibit number(s):  11-14

   Hearing type(s):  Debtor's Exam

   Date of hearing(s):  11/20/2003

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

   IT IS SO ORDERED.

   April 27, 2007.

                                              s/ David L. Piester
                                              United States District Judge